AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| Feldkamp Enterprises, Inc., et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:23-cv-407 |
| Massachusetts Mutual Life Insurance Company | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Defendant's Motion for Judgment on the Pleadings (Doc. 9) is granted and Plaintiffs' action is dismissed without prejudice. And because the action is dismissed in toto, the Court denies as moot Plaintiffs' Motion for Partial Summary Judgment (Doc. 10).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Douglas R. Cole   on motions for Judgment on the Pleadings and Partial Summary Judgment.

Date:   5/1/24

CLERK OF COURT

*[Signature]* Scott M. [...]

Signature of Clerk or Deputy Clerk